UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE: )
)
Application of KRIS BEIGHTON )
and ALEX LAWSON, in their capacities as )
JOINT OFFICIAL LIQUIDATORS of ) Misc. No. 1:15 mc 20
PERICLES EMERGING MARKET PARTNERS, L.P., ) GBL-IDD
a Cayman Islands Limited Partnership, for Assistance )
Pursuant to 28 U.S.C. §1782. )

## ORDER GRANTING APPLICATION FOR ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

THIS CAUSE came before the Court upon the Application of Kris Beighton and Alex Lawson (collectively "Applicants"), solely in their capacities as Joint Official Liquidators of Pericles Emerging Market Partners, L.P., a partnership organized under the laws of the Cayman Islands (the "Partnership"), for an order granting assistance pursuant to 28 U.S.C. § 1782 to obtain discovery in aid of a foreign proceeding,

AND, having reviewed the application and relevant legal authorities, and finding that the application is supported by good cause, and being otherwise advised in the premises, it is now, this 19th day of August, 2015,

ORDERED, ADJUDGED, and DECREED that the Application is GRANTED, and Applicants:

1. Must serve Richard H. Davis, a/k/a Rick Davis ("Davis"), Paul J. Manafort, Jr. ("Manafort"), and Richard W. Gates III, a/k/a Rick Gates ("Gates") each with a copy of this Order; and,

1

2. May propound any discovery to Davis, Manafort, and Gates permitted by and in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court, including without limitation:

    a. Issuing requests for production under Fed. R. Civ. P. 34 and/or subpoenas pursuant to Fed. R. Civ. P. 45 to each of Davis, Manafort, and Gates to produce designated documents, electronically stored information, or tangible things in their possession, custody or control, including without limitation, documents, information, and things relevant to or bearing on in any way the subject matter of the Application;

    b. Issuing notices of depositions pursuant to Fed. R. Civ. 30 and/or subpoenas pursuant to Fed. R. Civ. P. 45 to each of Davis, Manafort, and Gates to command their attendance at depositions; and,

    c. Taking such other and further actions as are appropriate and necessary in furtherance of this Order.

/s/
Gerald Bruce Lee
United States District Judge

UNITED STATES DISTRICT JUDGE