AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:15-mc-20-GBL-IDD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Richard W. Gates, III__
on *(date)* __8/26/2015__ __re document production__

☑ I served the subpoena by delivering a copy to the named person as follows: __At approximately 8:30 am, the subpoena was served on Richard W. Gates III at 206 Virginia Ave., Richmond, VA 23226__ on *(date)* __August 27, or 2015__

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __8/27/2015__

__Deborah C Martin__
Server's signature

__Deborah C. MARTIN   Private Investigator__
Printed name and title

__P.O. Box 7102 Arlington, VA 22207__
Server's address

Additional information regarding attempted service, etc.: