UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE: )
)
Application of KRIS BEIGHTON )
and ALEX LAWSON, in their capacities as )
JOINT OFFICIAL LIQUIDATORS of ) No. 1:15-mc-20
PERICLES EMERGING MARKET PARTNERS, L.P., )
a Cayman Islands Limited Partnership, for Assistance )
Pursuant to 28 U.S.C. §1782. )

FILED SEP 2 2 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

### ORDER WITHDRAWING APPEARANCE OF SAMUEL CAGLE JUHAN

This ACTION came before the Court upon a motion by Applicants Kris Beighton and Alex Lawson for the withdrawal of the appearance of their co-counsel Samuel Cagle Juhan.

It APPEARING to the Court that Applicants' request is proper, is supported by good cause, and should be granted, it is ORDERED that Samuel Cagle Juhan's appearance as co-counsel on behalf of Applicants is hereby withdrawn.

DATED: 9/22/2015

/s/
Ivan D. Davis
United States Magistrate Judge

1